AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PATRICE D. SCHOENDORF,  a single
woman,

                         Plaintiff,

            v.

CAROLINE BAKER, a married woman,
et al.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-03-461-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor the the Baker Defendants against the Plaintiff in the amount of
$1,350.00.

June 29, 2005
*Date*

JAMES R. LARSEN
*Clerk*
  s/ Linda Emerson

*(By) Deputy Clerk*

Linda Emerson